UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Susan Jane Deno**

Case No. 06-80005
Chapter 13

Social Security No.: xxx-xx-0094
Address: 1321 Newcastle Road, Apartment C-16, Durham, North Carolina 27704

Debtor

## ORDER SHORTENING TIME FOR NOTICE
## AND GRANTING EXPEDITED HEARING

**ON MOTION** of the Debtor pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for an order to shorten time for notice and for an expedited hearing on the **Motion for Authority to Sell Real Property** located 3522 Abercromby Drive, Durham NC 27713 filed by the Debtor, and for good cause shown, it is

**ORDERED** that the motion for expedited hearing and to shorten time for notice be, and hereby is, allowed, and it is further

**ORDERED** that a hearing on the Debtor's **Motion for Authority to Sell Real Property** will be held in the Federal Courtroom located at the Venable Center, Dibrell Building, Suite 280, 302 East Pettigrew St., Durham, North Carolina, 27701-3747, on the _____ day of _____, 200_, at _____ __.m.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Susan Jane Deno**

Case No. 06-80005
Chapter 13

Social Security No.: xxx-xx-0094
Address: 1321 Newcastle Road, Apartment C-16,
Durham, North Carolina 27704

Debtor

# SERVICE LIST FOR
# ORDER SHORTENING TIME FOR NOTICE AND GRANTING EXPEDITED HEARING

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee<br>Post Office Box 3613<br>Durham, NC 27702 | The Law Offices of John T. Orcutt, P.C.<br>Attorney for Debtor(s)<br>6616-203 Six Forks Rd.<br>Raleigh, N.C. 27615 |
| Susan Jane Deno Deno<br>1321 Newcastle RoadApartment C-16<br>Durham, North Carolina 27704 | Michael West<br>Bankruptcy Administrator<br>Post Office Box 1828<br>Greensboro, NC 27402 |
| Vernon Law Group<br>**Closing Attorney**<br>Kia Vernon<br>301 Kilmayne Drive Suite 201<br>Cary, NC 27511- | Kimberly Mckeel<br>**Realtor**<br>2911 Guess Road<br>Durham, NC 27705- |
| Luisa Naranjo<br>**Purchaser**<br>4600 University Drive<br>Apt 1310<br>Durham, NC 27707- | |
| All creditors with duly filed claims as indicated on the Trustee's Report of Filed Claims. ||